|    |                                                                                      |
|----|--------------------------------------------------------------------------------------|
| 1  | ROBERT J. FINAN (SBN 49419)<br>LAW OFFICE OF ROBERT J. FINAN                         |
| 2  | 2913 Farragut Road<br>San Diego, California 92106-6058                               |
| 3  | Telephone: (619)-223-5700<br>Fax: (619)-223-4700                                     |
| 4  |                                                                                      |
| 5  | Attorneys for Defendant,<br>MATSON NAVIGATION COMPANY, INC.                          |
| 6  | LYLE C. CAVIN, JR. (SBN 44958)<br>ALFRED G. JOHNSON (SBN 38790)                      |
| 7  | LAW OFFICES OF LYLE C. CAVIN, JR.<br>201 Fourth Street, Suite 102                    |
| 8  | Oakland, California 94607<br>Telephone: 510-444-2501                                 |
| 9  | Facsimile: 510-444-4209                                                              |
| 10 | Attorneys for Plaintiff<br>THOMAS LENEHAN                                            |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS LENEHAN,                                          | ) Case No. C 04-02721 MJJ                           |
|----------------------------------------------------------|-----------------------------------------------------|
| Plaintiff,                                               | )                                                   |
| vs.                                                      | ) **STIPULATION AND ORDER FOR**<br>) **DISMISSAL WITH PREJUDICE** |
| MATSON NAVIGATION COMPANY,<br>and DOES ONE through TEN Inclusive, | ) **Rule 41(a), FRCivP**                    |
| Defendants.                                              | ) Granted                                           |

This cause having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-entitled action be discontinued and dismissed with prejudice, each party to bear his/its own costs herein.

///

///

---

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE (Case No. C 04-02721 MJJ)

|   |   |   |
|---|---|---|
| Dated: October 3, 2005 | | _____/s/_____ |
| | | Robert J. Finan |
| | | Attorney for Defendant Matson |
| | | Navigation Company, Inc. |
| Dated: October 3, 2005 | | _____/s/_____ |
| | | Alfred G. Johnson |
| | | Attorney for Plaintiff Thomas Lenehan |

ORDER

IT IS SO ORDERED.

Dated: October 11, 2005      _____
                              UNITED STATES DISTRICT JUDGE

2
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE (Case No. C 04-02721 MJJ)